STEPHAN C. VOLKER (CBN 63093)
ALEXIS E. KRIEG (CBN 254548)
DANIEL P. GARRETT-STEINMAN (CBN 269146)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, California 94612
Tel:   510/496-0600
Fax:   510/496-1366
Email:  svolker@volkerlaw.com

10.564.02

Attorneys for Plaintiffs
Pacific Coast Federation of Fishermen's Associations
and North Coast Rivers Alliance

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and NORTH COAST RIVERS ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> ANN CARLSON, Forest Supervisor of Mendocino National Forest, in her official capacity; UNITED STATES FOREST SERVICE, and TOM VILSACK, Secretary of Agriculture, in his official capacity, <br><br> Defendants. | Case No.  3:15-cv-05177-MMC <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> **AND** <br><br> **[PROPOSED] ORDER** <br><br> Case Mgmt Conf.: February 12, 2016 <br> Time:  10:30 a.m. <br> Courtroom No.:  7 <br> Judge:  Hon. Maxine M. Chesney |

Plaintiffs and defendants (collectively, the "parties"), by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to continue the Case Management Conference presently scheduled in this matter for February 12, 2016 at 10:30 a.m. to February 19, 2016 at 10:30 a.m.  This continuance is necessary because plaintiffs' counsel, Stephan C. Volker, is required to personally appear on February 12, 2016 at 10:00 a.m. before the Honorable Hon. Kimberly J. Mueller of the Federal District Court for the Eastern District of California in Sacramento, California, for the hearing of cross-motions for summary judgment in the matter *Pacific Coast Federation of Fishermen's Associations, et al., v. Donald R. Glazer, et al.*, Case No. 2:11-cv-02980-

KJM-CKD.

Accordingly, the parties respectfully request that the Case Management Conference herein be continued by seven (7) days to February 19, 2016 at 10:30 a.m.

The undersigned counsel for plaintiff hereby attests that he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: January 27, 2016           Respectfully submitted,

LAW OFFICES OF STEPHAN C. VOLKER

/s/ *Stephan C. Volker*
STEPHAN C. VOLKER
Attorney for Plaintiffs
PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and NORTH COAST RIVERS ALLIANCE
436 14th Street, Suite 1300
Oakland, CA 94612
Tel:   (510) 496-0600
Fax:   (510) 496-1366
email: svolker@volkerlaw.com

Dated: January 28, 2016           UNITED STATES DEPARTMENT OF JUSTICE

/s/ *David B. Glazer*
DAVID B. GLAZER
Attorneys for Federal Defendants
Natural Resources Section
San Francisco Field Office
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:   (415) 744-6477
Fax:   744-6476
email: David.Glazer@usdoj.gov

### ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, the Case Management Conference presently scheduled for February 12, 2016 at 10:30 a.m. in this matter is continued to February 19, 2016 at 10:30 a.m.

IT IS SO ORDERED.

Date: Jan. 28, 2016           _____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE