JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744-6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANN CARLSON, *et al.*,<br><br>Defendants. | No. 3:15-cv-5177 MMC<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME FOR FILING ADMINISTRATIVE RECORD<br><br>Date:   N/A<br><br>Time:   N/A<br><br>Courtroom No. 7<br><br>Hon. Maxine M. Chesney |

*Pacific Coast Federation of Fishermen's Associations, et al. v. Carlson, et al.*, No. 3:15-cv-5177 MMC
Stipulation and [Proposed] Order Granting Enlargement of Time for Filing Administrative Record

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Federal Defendants stipulate, subject to Court approval, that the Federal Defendants may have up to and including April 29, 2016, to file the administrative record in this matter, originally set for filing on April 25, 2016. *See* Parties' Joint Case Management Statement at 5, ECF No. 13, *approved* ECF No. 19 (Minutes of Initial Case Management Conference). This Stipulation reflects the Parties' ability to resolve issues regarding the administrative record informally and is supported by the accompanying Declaration of David B. Glazer.

SO STIPULATED:

DATED:  April 22, 2016    FOR THE PLAINTIFFS

/s/ *Stephan C. Volker*
STEPHAN C. VOLKER
Law Offices of Stephan C. Volker
436 - 14th Street, Suite 1300
Oakland, CA 94612
Tel:     (510) 496-0600
Fax:    (510) 496-1366
E-mail:  svolker@volkerlaw.com

FOR THE FEDERAL DEFENDANTS

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:     (415) 744-6491
Fax:    (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for Federal Defendant*

ATTESTATION OF COUNSEL

I attest that I have secured the concurrence of the counsel whose signature appears above as to the form and contents of this document and his authorization to file this document on his behalf, as evidenced by the conformed signature appearing above.

DATED: April 22, 2016            */s/ David B. Glazer*
                                 DAVID B. GLAZER

OF COUNSEL

RITU AHUJA
Office of General Counsel
U.S. Department of Agriculture

[PROPOSED] ORDER

The Stipulation set forth above is APPROVED, and accordingly it is HEREBY ORDERED that Federal Defendants have up to and including April 29, 2016, to file the administrative record in this matter.

DATED: April 25, 2016            _____
                                 MAXINE M. CHESNEY
                                 UNITED STATES SENIOR DISTRICT JUDGE