JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744-6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANN CARLSON, *et al.*,<br><br>Defendants. | No. 3:15-cv-5177 MMC<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF ADMINISTRATIVE RECORD ON COMPUTER DISK OR DRIVE<br><br>Date:   N/A<br><br>Time:   N/A<br><br>Courtroom No. 7<br><br>Hon. Maxine M. Chesney |

Pursuant to Local Rules 5-1(f) and 7-12, Plaintiffs and Federal Defendants stipulate, subject to Court approval, that the Federal Defendants may file the administrative record in this matter on computer disk or external hard drive, due to the large file size of the record.  The computer disk or hard drive will contain searchable copies of the administrative record documents in Portable Document Format ("PDF"), hyperlinked to the administrative record index.  One copy of the disk or hard drive will be provided to the Clerk of Court to be maintained in the Clerk's Office; another copy will be provided to Chambers for use by the Court.  Federal Defendants will serve copies of the disk or hard drive on the Plaintiffs.

SO STIPULATED:

DATED:  April 22, 2016  FOR THE PLAINTIFFS

/s/ *Stephan C. Volker*
STEPHAN C. VOLKER
Law Offices of Stephan C. Volker
436 - 14th Street, Suite 1300
Oakland, CA 94612
Tel:    (510) 496-0600
Fax:    (510) 496-1366
E-mail:  svolker@volkerlaw.com

FOR THE FEDERAL DEFENDANTS

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:    (415) 744-6491
Fax:    (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for Federal Defendant*

*Pacific Coast Federation of Fishermen's Associations, et al. v. Carlson, et al.*, No. 3:15-cv-5177 MMC
Stipulation and [Proposed] Order Allowing Filing of Administrative Record on Computer Disk or Drive         1

ATTESTATION OF COUNSEL

I attest that I have secured the concurrence of the counsel whose signature appears above as to the form and contents of this document and his authorization to file this document on his behalf, as evidenced by the conformed signature appearing above.

DATED: April 22, 2016  /s/ David B. Glazer
DAVID B. GLAZER

OF COUNSEL

RITU AHUJA
Office of General Counsel
U.S. Department of Agriculture

1

[PROPOSED] ORDER

2  The Stipulation set forth above is APPROVED, and accordingly it is HEREBY ORDERED that

3  the administrative record in this matter may be filed with the Clerk's Office on computer disk or other

4  readable computer drive, with a courtesy copy to Chambers.

5
6  With respect to courtesy copies for Chambers, the Stipulation is hereby APPROVED, on condition that a paper copy of any document cited in a party's briefing be provided by that party, absent an order from the Court allowing such party to provide an excerpted paper copy
7  in lieu thereof.

8

9

10  DATED:  April 25, 2016

_____
MAXINE M. CHESNEY
11  UNITED STATES SENIOR DISTRICT JUDGE