IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>ANN CARLSON, et al.,<br><br>          Defendants. | Case No. 15-cv-05177-MMC<br><br>**ORDER VACATING BRIEFING SCHEDULE ON CROSS-MOTIONS; SCHEDULING STATUS CONFERENCE** |

The Court having been advised that the parties have reached an agreement in principle as to a resolution of the above-titled action, the briefing schedule previously set on the parties' cross-motions for summary judgment is hereby VACATED, and a Status Conference is hereby SCHEDULED for September 9, 2016; a Joint Status Statement shall be filed no later than September 2, 2016.

**IT IS SO ORDERED.**

Dated: June 1, 2016

MAXINE M. CHESNEY
United States District Judge