IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANN CARLSON, et al.,<br><br>Defendants. | Case No.  15-cv-05177-MMC<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

The Court having been advised that the parties anticipate the above-titled action will be voluntarily dismissed within the next 60 days, the Status Conference currently scheduled for September 9, 2016, is hereby CONTINUED to November 18, 2016.

**IT IS SO ORDERED.**

Dated:  August 23, 2016

MAXINE M. CHESNEY
United States District Judge