JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744-6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANN CARLSON, *et al.*, <br><br> Defendants. | No. 3:15-cv-5177 MMC <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL <br><br> Date:   N/A <br><br> Time:   N/A <br><br> Courtroom No. 7 <br><br> Hon. Maxine M. Chesney |

*Pacific Coast Federation of Fishermen's Associations, et al. v. Carlson, et al.*, No. 3:15-cv-5177 MMC
Stipulation and [Proposed] Order of Dismissal

The Parties filed a Settlement Agreement on August 26, 2016, (ECF No. 32) that resolved Plaintiffs' claims in this case.  In consideration of that Settlement Agreement, the Parties Stipulate pursuant to Fed. R. Civ. P. 41 that this case may be dismissed with prejudice.  The Parties further request this Court retain jurisdiction over this case for the sole purpose of enforcing compliance with the terms of the Settlement Agreement or resolving any disputes concerning the implementation of the Settlement Agreement as set forth in the Parties' agreement (ECF No. 32).

SO STIPULATED:

DATED:  April 22, 2016                          FOR THE PLAINTIFFS

/s/ *Stephan C. Volker*
STEPHAN C. VOLKER
Law Offices of Stephan C. Volker
436 - 14th Street, Suite 1300
Oakland, CA 94612
Tel:    (510) 496-0600
Fax:    (510) 496-1366
E-mail:  svolker@volkerlaw.com

FOR THE FEDERAL DEFENDANTS

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:    (415) 744-6491
Fax:    (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for Federal Defendant*

OF COUNSEL
RITU AHUJA
Office of General Counsel

*Pacific Coast Federation of Fishermen's Associations, et al. v. Carlson, et al.*, No. 3:15-cv-5177 MMC
Stipulation and [Proposed] Order of Dismissal                                                                                         1

U.S. Department of Agriculture

### ATTESTATION OF COUNSEL

I attest that I have secured the concurrence of the counsel whose signature appears above as to the form and contents of this document and his authorization to file this document on his behalf, as evidenced by the conformed signature appearing above.

DATED:  August 26, 2016             */s/ David B. Glazer*
                                                            DAVID B. GLAZER

### [~~PROPOSED~~] ORDER

The Stipulation set forth above is APPROVED, and accordingly it is HEREBY ORDERED that in consideration of the Settlement Agreement filed by the Parties (ECF No. 32), this case is hereby dismissed with prejudice, but the Court retains jurisdiction over this case for the sole purpose of overseeing compliance with the terms of the Settlement Agreement and resolving any disputes concerning the implementation of the Settlement Agreement as set forth in the Parties' agreement.

DATED: August 31, 2016                    [signature]
                                                              MAXINE M. CHESNEY
                                                              UNITED STATES SENIOR DISTRICT JUDGE