JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

LILA C. JONES (NM 148098)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D St. NW
Washington, DC 20004
Tel:     (202) 514-9859
E-mail:  lila.jones@usdoj.gov

Attorneys for Federal Defendant



Dated: August 24, 2017

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANN CARLSON, *et al.*, <br><br> Defendants. | No. 3:15-cv-5177 MMC <br><br> MOTION TO SUBSTITUTE COUNSEL |

**MOTION TO SUBSTITUTE COUNSEL**

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, come Federal Defendants, U.S. Forest Service; Ann Carlson, Forest Supervisor of the Mendocino National Forest; and Sonny Perdu,[1] Secretary of Agriculture, who respectfully move this

---

[1] Secretary of Agriculture Sonny Perdue is automatically substituted as a defendant according to Federal Rule of Civil Procedure 25. See Fed. R. Civ. P. 25(d).

*Pacific Coast Federation of Fishermen's Associations, et al. v. Carlson, et al.*, No. 3:15-cv-5177 MMC Motion to Substitute Counsel

Honorable Court to substitute Lila C. Jones in place of David Glazer as counsel of record for Defendants in this matter:

> LILA C. JONES (NM 148098)
> Natural Resources Section
> Environment & Natural Resources Division
> United States Department of Justice
> 601 D St. NW
> Washington, DC 20004
> Tel:   (202) 514-9859
> Fax:   (202) 305-0506
> E-mail:  lila.jones@usdoj.gov

Defendants represent that this substitution of counsel will not delay or hinder the resolution of this matter in any way, nor is substitution being sought for any improper purpose.

**WHEREFORE**, Federal Defendants pray that their motion to substitute be granted, and that Lila C. Jones be enrolled as counsel of record, and that David Glazer be withdrawn.

Dated this 24th day of August, 2017.

> Respectfully submitted,
>
> JEFFREY H. WOOD
> Acting Assistant Attorney General
>
> */s/ Lila C. Jones*
> LILA C. JONES (NM 148098)
> Natural Resources Section
> Environment & Natural Resources Division
> United States Department of Justice
> 601 D St. NW
> Washington, DC 20004
> Tel:   (202) 514-9859
> Fax:  (202) 305-0506
> E-mail:  lila.jones@usdoj.gov
>
> *Attorneys for Federal Defendants*